UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN MAROHN,<br><br>    Plaintiff,<br><br>  v.<br><br>QINGJUN YU,<br><br>    Defendant. | No. 1:22-cv-01070-ADA-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 10, 14) |

  Currently before the Court is Plaintiff Nathan Marohn's ("Plaintiff") motion for default judgment, filed on November 18, 2022. (ECF No. 10.)

  On December 29, 2022, the assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's motion for default judgment be granted. (ECF No. 14.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 17.) The deadline to file objections has passed and no objections or any other filings have been submitted.

  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

///

///

Accordingly,

1. The findings and recommendations issued on December 29, 2022, (ECF No. 14), are adopted in full;
2. Plaintiff's motion for default judgment, (ECF No. 10), is granted;
3. Default Judgment is entered in favor of Plaintiff Nathan Marohn and against Defendant Qingjun Yu;
4. Plaintiff is awarded statutory damages in the amount of $15,000.00; and
5. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   February 14, 2023

UNITED STATES DISTRICT JUDGE